[No. 8213-2-I.  Division One.  May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MYRTLE MARIE SINCLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-00818-1, Robert E. Dixon, J., entered November 21, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Callow, J.

[No. 7736-8-I.  Division One.  May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. PICKERING BROTHERS CO., ET AL, *Defendants*, STEPHEN J. HATCH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 838515, Liem E. Tuai, J., entered July 7, 1979. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 4143-II.  Division Two.  May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JAMES ARCHBOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 54753, James P. Healy, J., entered June 6, 1979. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.